FILED ____ LODGED
____ RECEIVED ____ COPY

MAR 1 0 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Albert Smith,

                Plaintiff,

v.

Keila Venalonzo, et al.,

                Defendants.

No. CV-20-02071-PHX-MTL

**JURY VERDICT**

**(Redacted)**

       We, the jury, duly empaneled and sworn in the above-entitled action, upon our oaths, unanimously find the following by a preponderance of the evidence:

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

# VERDICT FORM NO. 1

## Special Interrogatories (Eighth Amendment)

**Question No. 1.**     As to each Defendant listed below, did the Defendant use excessive and unnecessary force against Plaintiff Albert Smith, maliciously and sadistically for the purpose to cause harm and not in a good faith effort to maintain or restore discipline?

**Answer:**

| | | |
|---|---|---|
| Keila Venalonzo | Yes _____ | No ✔ |
| Juan Cuevas | Yes _____ | No ✔ |
| Jesse Potts | Yes _____ | No ✔ |
| Timothy Curtis | Yes _____ | No ✔ |

*Instructions for Question No. 1:*

- *Answer by placing a check mark to the right of your answer.*
- *If you answer "Yes" to question 1 as to any Defendant, then you must answer question 2, but only as to the Defendant(s) that you checked "Yes" for in question 1.*
- *If you answered "No" to a Defendant in question 1, do not answer any of the remaining questions for the Defendant(s) that you checked "No" for in question 1.*
- *If your answer to question 1 is a "No" as to each and every Defendant, do not any answer any other questions; however, proceed to the foreperson's signature line and date and sign the same.*

. . .
. . .
. . .
. . .

- 2 -

**Question No. 2.**    If you checked "Yes" to any Defendant(s) in question number 1, did that Defendant(s)'s excessive and unnecessary force cause harm to Plaintiff Albert Smith?

**Answer:**

| | | |
|---|---|---|
| Keila Venalonzo | Yes _____ | No_____ |
| Juan Cuevas | Yes _____ | No_____ |
| Jesse Potts | Yes _____ | No_____ |
| Timothy Curtis | Yes _____ | No_____ |

*__Instructions for Question No. 2__:*
- *Answer by placing a check mark to the right of your answer.*
- *If your answer to question 2 is "Yes" as to any Defendant, then proceed to Verdict Form No. 2 (Damages), but only as to the Defendant(s) for which you have checked "Yes" in question 2.*
- *If you did not check "Yes" for any Defendant in question 2, do not answer the remaining questions; however, proceed to the foreperson's signature line and date and sign the same.*

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

## VERDICT FORM NO. 2

### Damages

**Question No. 1.**     Did Plaintiff Albert Smith incur damages?

**Answer:**

        Yes _____               No_____

    *Instructions for Question No. 1:*

- *Answer by placing a check mark to the right of your answer.*

**Question No. 2.**     Was the conduct of a Defendant(s), the proximate cause of Plaintiff Albert Smith's damages?

**Answer:**

| | | |
|---|---|---|
| Keila Venalonzo | Yes _____ | No_____ |
| Juan Cuevas | Yes _____ | No_____ |
| Jesse Potts | Yes _____ | No_____ |
| Timothy Curtis | Yes _____ | No_____ |

    *Instructions for Question No. 2:*

- *Answer by placing a check mark to the right of your answer.*
- *If you check "No" to question 2 for each and every Defendant, your verdict form is complete. Proceed to the foreperson's signature line and sign the same.*
- *If you answered "Yes" to question 2 as to any defendant, then you must answer question 3 with respect to each defendant(s) that you checked as a "Yes" in question 2.*

- 4 -

**Question No. 3.**     If you checked "Yes" for your answers to questions 1 and 2, what is the amount of compensatory damages Plaintiff Albert Smith is awarded?

**Answer:**

| | | |
|---|---|---|
| Keila Venalonzo | $ | _____ |
| Juan Cuevas | $ | _____ |
| Jesse Potts | $ | _____ |
| Timothy Curtis | $ | _____ |

*__Instructions for Question No. 3:__*
- *You should only state a compensatory award amount next to a Defendants' name if you answered "Yes" to questions no. 1 and 2 on Verdict Form No. 2 (Damages).*
- *The answers to question 3 must be stated as a dollar amount or as none.*
- *If you answer "Yes" to questions numbers 2 and 3 as to any Defendant, you must also answer question 4 as to that Defendant(s).*

**Question No. 4.**   Did the Defendant act in a malicious and oppressive manner, or in reckless disregard of Plaintiff Albert Smith's rights?

**Answer:**

| | | |
|---|---|---|
| Keila Venalonzo | Yes _____ | No_____ |
| Juan Cuevas | Yes _____ | No_____ |
| Jesse Potts | Yes _____ | No_____ |
| Timothy Curtis | Yes _____ | No_____ |

. . .

. . .

. . .

- 5 -

*Instructions for Question No. 4:*

- *Answer by placing a check mark to the right of your answer.*
- *If you check "No" to question 4, proceed to the foreperson's signature line and sign the same.*
- *If you answered "Yes" to question 4 as to any defendant, then answer questions 5 below with respect to that defendant(s) only.*

**Question No. 5.**     If your answer to question 4 is yes, then for each Defendant for which you checked yes in question 4, what amount of punitive damages do you award to Plaintiff Albert Smith against that Defendant?

**Answer:**

| | |
|---|---|
| Keila Venalonzo | $_____ |
| Juan Cuevas | $_____ |
| Jesse Potts | $_____ |
| Timothy Curtis | $_____ |

*Instructions for Question No. 5:*

- *If you are awarding punitive damages to Plaintiff Albert Smith, the answers to question 5 must be stated as a dollar amount.*
- *Only provide a dollar amount for the Defendant(s) that you answered "Yes" to in question no. 4.*
- *Once you have finished answering question 5, proceed to the foreperson's signature line and date and sign the same.*

SO SAY WE ALL, this _10th_ day of _March_ , 2023.

_Juror #1_
_____
Foreperson signature

- 6 -