# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Smith,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Keila Venalonzo, et al.,<br><br>　　　　　Defendants. | **NO. CV-20-02071-PHX-MTL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the verdict filed March 10, 2023, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 10, 2023

　　　　　　　　　　　　　　　　　　s/ W. Poth
　　　　　　　　　　　　　　By　　Deputy Clerk